

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

FILED

MAR 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

6  Attorneys for the United States

8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11  IN THE MATTER OF THE SEIZURE
    OF:
12                                              2:12 - SW - 0127   EFB
    ANY AND ALL OWNERSHIP
13  INTEREST IN DOUBLE CREEK                    ORDER ON UNITED STATES'
    RANCH, LLC, HELD IN THE NAME OF             REQUEST FOR CONDITIONS ON
14  DARRELL HINZ, AND                           ASSET SUBJECT TO SEIZURE

15  ANY AND ALL OWNERSHIP
    INTEREST IN DOUBLE CREEK
16  RANCH, LLC, HELD IN THE NAME OF
    GREGORY BAKER,
17
            Defendants.
18

21      A seizure warrant was issued on March 15, 2012 directing the seizure of any and
22  all ownership interest in Double Creek Ranch, LLC, held in the names of Darrell Hinz
23  and Gregory Baker.  Upon application of the United States of America and pursuant to
24  the seizure warrant and the Court's authority under Title 28, United States Code, Section
25  1355, IT IS HEREBY

27      ORDERED, that **Double Creek Ranch, LLC** shall not transfer, convey or dispose
28  of the equity ownership interest specified in this seizure order without further order of
    this Court, that **Double Creek Ranch, LLC** shall not grant, convert, or otherwise

1

modify the equity ownership interest specified in this seizure order without further order of this Court, nor shall **Double Creek Ranch, LLC** honor any demands by anyone or any entity to leverage or borrow against the equity interest specified in this seizure order without further order of this Court. It is further

ORDERED, that **Double Creek Ranch, LLC** shall remit all disbursement or remuneration including but not limited to, dividend, interest, or settlement payments, affiliated with the equity ownership specified in this seizure order payable to the U.S. Department of Treasury and sent to the Internal Revenue Service – Criminal Investigations, 4330 Watt Avenue, Suite 205, Sacramento, California 95821, Attn: Jason Lamb, AFC. It is further

ORDERED, that **Double Creek Ranch, LLC** shall send copies of all future correspondence pertaining to the equity ownership specified in this seizure order including but not limited to, statements and voting notices, to the Internal Revenue Service – Criminal Investigations, 4330 Watt Avenue, Suite 205, Sacramento, California 95821, Attn: Jason Lamb, AFC. It is further

ORDERED, that **Double Creek Ranch, LLC** shall comply with each and every term of this Court order, however, subject to the Court modifying its own order for good cause shown.

Date: 3-/5, 2012

EDMUND F. BRENNAN
United States Magistrate Judge